IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONI KILPATRICK,              )
Individually and as next      )
next friend and Guardian      )
of IKB, a minor child,        )
                              )
    Plaintiff,                )
                              )
    vs.                       )      Civil Action No.
                              )       2:07cv927 MHT
WALGREEN CO.,                 )           (WO)
                              )
    Defendant.                )
```

JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 34), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Any claims presented by plaintiff Toni Kilpatrick in her individual capacity are dismissed with prejudice, with costs taxed as paid.

(2) Any claims presented by plaintiff Toni Kilpatrick in her representative capacity as

**parent, guardian, and next friend of a minor child remain pending.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 26th day of August, 2008.**

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**